UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re ) | HONORABLE RICHARD L. SPEER |
| David Mervyn Allen, Jr. ) | |
| and ) | Case No. 10-33950 - Ch.7 |
| Jenni Lyn Allen ) | |
| **Debtor(s)** ) | |

## ORDER TO SHOW CAUSE ON DISMISSAL

It appearing that the Debtors herein, have failed to comply with the Order of the Court of **June 15, 2010**, to pay the First Filing Fee Installment in the amount of **$65.00** on, or before, **June 29, 2010**, it is

**ORDERED** that the Debtors appear before the undersigned United States Bankruptcy Judge on **Wednesday, July 14, 2010 at 11:30 A.M.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and show cause why their petition and the case thereunder should not be dismissed.

Dated: JUL 7 2010

/S/ RICHARD L. SPEER
---
RICHARD L. SPEER
United States Bankruptcy Judge