# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re ) | HONORABLE RICHARD L. SPEER |
| David Mervyn Allen, Jr. ) | |
| and ) | Case No. 10-33950 - Ch.7 |
| Jenni Lyn Allen ) | |
| **Debtor(s)** ) | |

## ORDER

This matter comes before the Court upon Debtors' request for extension of time to pay their Chapter 7 Filing Fee Installments.

The Debtors' request is seeking an extension for the following dates:

  From: July 16, 2010 to July 30, 2010

  From: August 16, 2010 to August 31, 2010

  From: September 16, 2010 to September 30, 2010

The record reflects that Debtors' Attorney electronically paid the July 16, 2010 Filing Fee Installment in the amount of $78.00 on July 21, 2010, therefore, an extension of time is not needed for this installment. The Court shall grant the Debtors' request for extension of the two remaining installment payments.

Accordingly, it is

**ORDERED** that the Debtors' request for extension is hereby, **granted** and the Filing Fee Installments shall be paid according to the following terms:

  78.00 due on, or before **August 31, 2010**

  78.00 due on, or before **September 30, 2010**

Dated:                _____
                        **RICHARD L. SPEER**
                     **United States Bankruptcy Judge**