# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In Re ) | HONORABLE RICHARD L. SPEER |
| David Mervyn Allen, Jr. ) | |
| and ) | Case No. 10-33950 - Ch.7 |
| Jenni Lyn Allen ) | |
| **Debtor(s)** ) | |

### O R D E R

This matter comes before the Court upon Debtors' request for extension of time to pay their Chapter 7 Filing Fee Installments.

The Debtors' request is seeking an extension for the following dates:
  From: July 16, 2010 to July 30, 2010
  From: August 16, 2010 to August 31, 2010
  From: September 16, 2010 to September 30, 2010

The record reflects that Debtors' Attorney electronically paid the July 16, 2010 Filing Fee Installment in the amount of $78.00 on July 21, 2010, therefore, an extension of time is not needed for this installment. The Court shall grant the Debtors' request for extension of the two remaining installment payments.

Accordingly, it is

**ORDERED** that the Debtors' request for extension is hereby, **granted** and the Filing Fee Installments shall be paid according to the following terms:
  78.00 due on, or before **August 31, 2010**
  78.00 due on, or before **September 30, 2010**

Dated:

                                                **RICHARD L. SPEER**
                                            **United States Bankruptcy Judge**

# CERTIFICATE OF NOTICE

```
District/off: 0647-3           User: jhuff                Page 1 of 1           Date Rcvd: Jul 22, 2010
Case: 10-33950                 Form ID: pdf804            Total Noticed: 2
```

The following entities were noticed by first class mail on Jul 24, 2010.
```
db/db       +David Mervyn Allen, Jr.,    Jenni Lyn Allen,    415 W Henry St,    McClure, OH 43534-9598
cr          +Auto Trakk, LLC,    1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2010**                              Signature:       *Joseph Speetjens*