# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

In re: ALLEN, DAVID MERVYN, JR.　　　　　　Case No. 10-33950
　　　　ALLEN, JENNI LYN

　　　　　　Debtor(s)　　　　　　　　　　　　Judge Richard L. Speer

## MOTION FOR TURNOVER

Now comes Ericka S. Parker, Trustee and moves this Court pursuant to 11 U.S.C. § 542 for an Order directing the Debtor(s) to surrender the following property on or before August 23, 2010:

Evidence when the 2009 tax refunds were received and how the refunds were spent, including bank statements and/or receipts for all payments and purchases from the refunds.

A copy of the bank statement evidencing the balance on the date of filing.

In support thereof, the Trustee asserts that these funds are assets of the estate.

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order directing the Debtor(s) to turn over said property for administration as a part of the bankruptcy estate.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/Ericka S. Parker**
　　　　　　　　　　　　　　　　　　　Ericka S. Parker (0068217)
　　　　　　　　　　　　　　　　　　　33 S. Michigan St., #203
　　　　　　　　　　　　　　　　　　　Toledo, OH 43604
　　　　　　　　　　　　　　　　　　　419-243-0900
　　　　　　　　　　　　　　　　　　　FAX (419) 243-0955

## CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

Please take note that the Respondent has fourteen days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant c/o Ericka S. Parker, Law Offices of Ericka S. Parker LLC, 33 S. Michigan St., #203, Toledo, OH 43604, the Court may grant the relief requested without hearing.

I hereby certify that a copy of the foregoing was sent to the individuals listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF, on this Friday, August 06, 2010.

ALLEN, DAVID MERVYN, JR.
ALLEN, JENNI LYN
415 W. HENRY STREET
MCCLURE, OH 43534
*Served via regular US mail

PAMELA I. THEODOTOU
Attorney for debtor(s)
pam.theodotou@gmail.com
*Served Electronically

Office of the US Trustee
*Served Electronically

                                                **/s/Ericka S. Parker**
                                                Ericka S. Parker