UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

In re: ALLEN, DAVID MERVYN, JR.      Case No. 10-33950
       ALLEN, JENNI LYN
           Debtor(s)     Judge Richard L. Speer

## ORDER

This matter having come before the Court on the Motion for Turnover filed by the Trustee, the Court finds that the Movant has complied with the provisions of Local Rule 9013-1(a) and that no objection has been timely filed, the motion is well taken, and

**IT IS ORDERED** that the Debtor(s) shall surrender to the Trustee on or before August 23, 2010:

Evidence when the 2009 tax refunds were received and how the refunds were spent, including bank statements and/or receipts for all payments and purchases from the refunds.

A copy of the bank statement evidencing the balance on the date of filing.

Date: AUG 24 2010        /S/ RICHARD L. SPEER
                                         Bankruptcy Judge Richard L. Speer

# CERTIFICATE OF NOTICE

```
District/off: 0647-3           User: rbirm              Page 1 of 1              Date Rcvd: Aug 24, 2010
Case: 10-33950                 Form ID: pdf973          Total Noticed: 3
```

The following entities were noticed by first class mail on Aug 26, 2010.
```
db/db       +David Mervyn Allen, Jr.,    Jenni Lyn Allen,    415 W Henry St,    McClure, OH 43534-9598
ust         +Cynthia J. Thayer,    US Department of Justice,    201 Superior Avenue,    Suite 441,
              Cleveland, OH 44114-1234
cr          +Auto Trakk, LLC,    1500 Sycamore Road, Suite 200,    Montoursville, PA 17754-9416
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 26, 2010                    Signature:    _Joseph Speetjens_