C

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In Re** ) | HONORABLE RICHARD L. SPEER |
| David Mervyn Allen, Jr. ) | |
| and ) | Case No. 10-33950 - Ch.7 |
| Jenni Lyn Allen ) | |
| **Debtor(s)** ) | |

### ORDER TO SHOW CAUSE ON DISMISSAL

It appearing that the Debtors herein, have failed to comply with the Order of the Court of **July 22, 2010,** to pay the balance of **$78.00** filing fees on, or before, **September 30, 2010**, it is

**ORDERED** that the Debtors appear before the undersigned United States Bankruptcy Judge on **Tuesday, October 26, 2010 at 1:30 P.M.,** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and show cause why their petition and the case thereunder should not be dismissed.

Dated: OCT 1 2010

/S/ RICHARD L. SPEER
RICHARD L. SPEER
United States Bankruptcy Judge